≈JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:** _____    **Category No.** II _____    **Investigating Agency** FBI _____

**City** Quincy, MA _____

**County** Norfolk _____

**Related Case Information:**

Superseding Ind./ Inf. _____    Case No. _____

Same Defendant _____    New Defendant _____

Magistrate Judge Case Number _____

Search Warrant Case Number   24-MJ-8383 to 24-MJ-8386 PGL

R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

Defendant Name   Thomas F. Clasby, Jr.                          Juvenile:   ☐ Yes   ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes   ☑ No

Alias Name: _____

Address:   710 Mount Elam Road, Fitchburg, MA 01420

Birth date (Yr only): 1964    SSN (last 4#): 3306    Sex: M    Race W    Nationality: USA

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   Kristina E. Barclay                          Bar Number if applicable:   640848

**Interpreter:**   ☐ Yes   ☑ No                   List language and/or dialect: _____

**Victims:**   ☑ Yes   ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes   ☑ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____ .

☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial

☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**     ☐ Complaint     ☑ Information     ☐ Indictment

**Total # of Counts:**     ☐ Petty _____     ☐ Misdemeanor _____     ☑ Felony 12

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 1/7/2025                   Signature of AUSA:

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Thomas F. Clasby, Jr.

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC §§ 666 and 2 | Theft of Federal Funds | 1 |
| Set 2 | 18 USC §§ 1343 and 2 | Wire Fraud | 2-3 |
| Set 3 | 18 USC §§ 1341 and 2 | Mail Fraud | 4-8 |
| Set 4 | 18 USC §§ 2314 and 2 | Interstate Transport. of Stolen Property | 9-12 |
| Set 5 | 18 USC §981(a)(1)(C); 28 USC §2461 | Forfeiture Allegations | N/A |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013