UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS F. CLASBY, JR.,<br><br>Defendant | Criminal No. 25cr10003<br><br>Violations:<br><br><u>Count One</u>: Theft Concerning Programs Receiving Federal Funds; Aiding and Abetting<br>(18 U.S.C. §§ 666(a)(1)(A) and 2)<br><br><u>Counts Two-Three</u>: Wire Fraud; Aiding and Abetting<br>(18 U.S.C. §§ 1343 and 2)<br><br><u>Counts Four-Eight</u>: Mail Fraud; Aiding and Abetting<br>(18 U.S.C. §§ 1341 and 2)<br><br><u>Counts Nine-Twelve</u>: Interstate Transportation of Stolen Property; Aiding and Abetting<br>(18 U.S.C. §§ 2314 and 2)<br><br><u>Forfeiture Allegations</u>:<br>(18 U.S.C. § 981(a)(1)(C); and 28 U.S.C. § 2461) |

## GOVERNMENT'S MOTION TO SEAL INDICTMENT

Pursuant to Fed. R. Crim. P. 6(e)(4), the United States of America hereby moves this Court to direct that the indictment be sealed (and that no person shall disclose the return of the indictment except when necessary for the issuance and execution of a warrant) until the defendant is in custody in the above-captioned case. The government requests that the order to seal the indictment expire upon the defendant's arrest.

The United States further moves, pursuant to General Order 06-05, that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents that the United States has filed in this matter.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: */s/ Kristina Barclay*
KRISTINA BARCLAY
Assistant U.S. Attorney

Date: January 7, 2025

allowed
1/7/25
Page Kelley

