AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) |
|---|---|
| v. | ) |
| Thomas F. Clasby, Jr. | ) Case No. 25cr10003 PBS-PGL |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Thomas F. Clasby, Jr.                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. §§ 666(a)(1)(A) and 2 (Theft of Federal Funds)
18 U.S.C. §§ 1343 and 2 (Wire Fraud)
18 U.S.C. §§ 1341 and 2 (Mail Fraud)
18 U.S.C. §§ 2314 and 2 (Interstate Transportation of Stolen Property)

Date: 1/7/2025

*Issuing officer's signature*

Page Kelley, U.S. Magistrate Judge

City and state:   Boston, MA

*Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*