UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>THOMAS F. CLASBY, JR., )<br>)<br>Defendant ) | Criminal No. 25-cr-10003-PBS |

## JOINT MEMORANDUM FOR FINAL STATUS CONFERENCE

The parties submit this joint memorandum addressing the issues set out in Local Rule 116.5(c).

1. The parties move for a pretrial conference before the district judge in order to resolve pretrial motions and schedule a trial date.

2. (A) <u>Status of Automatic Discovery</u>

On February 5, 2025, the government produced automatic discovery as required under the Local Rules. The government is aware of its ongoing obligation to produce additional discovery. The defendant is in the process of reviewing the discovery produced to date.

(B) <u>The Timing of Any Additional Discovery Requests</u>

The defendant does not anticipate additional discovery requests.

(C) <u>Rule 12(b) Motions</u>

The parties request that the Court set a date for the filing of motions under Fed. R. Crim. P. 12(b).

(D) <u>Excludable Delay</u>

The parties jointly ask the Court to exclude the time from May 19, 2025 until the date of the next status conference, under 18 U.S.C. § 3161(h)(7)(A), because the parties have needed the

time, and continue to need the time, to produce and review discovery in this case. The ends of justice served by this exclusion outweigh the interests of the public and the defendant in a speedy trial.

    (E)    <u>Estimated Length of Trial</u>

If a trial is necessary, the parties estimate that a trial in this matter would take approximately one week.

The parties jointly request that the Final Status Conference scheduled for May 19, 2025 be cancelled in lieu of this report.

    Respectfully submitted,

| | |
|---|---|
| THOMAS F. CLASBY, JR. | LEAH B. FOLEY<br>United States Attorney |
| By: */s/Claudia Lagos*<br>CLAUDIA LAGOS, ESQ. | By: */s/Kristina E. Barclay*<br>KRISTINA E. BARCLAY<br>Assistant United States Attorney |

Dated: May 13, 2025

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

    /s/ *Kristina E. Barclay*
    KRISTINA E. BARCLAY
    Assistant United States Attorney

Date: May 13, 2025