UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 25-cr-10003-PBS-1

UNITED STATES OF AMERICA

v.

THOMAS F. CLASBY, JR.

FINAL STATUS REPORT

LEVENSON, U.S.M.J.

On May 13, 2025, the parties filed a Joint Memorandum in advance of the final status conference set for May 19, 2025. Docket No. 30. In the Joint Memorandum, the parties indicated that this matter is ready to be referred to the District Judge.

I now report this matter to the District Judge. This is the Court's Final Status Report upon transfer to Judge Saris.

1. Discovery Status

The parties report that the Government produced automatic discovery on February 5, 2025, and that the Government is aware of its ongoing obligation to produce additional discovery. The parties also report that Defendant is in the process of reviewing the discovery produced to date and that Defendant does not anticipate making additional discovery requests.

2. Pretrial Motions

The parties request that the District Judge set a date for the filing of motions under Fed. R. Crim. P. 12(b).

3. Trial Matters

The parties estimate that any trial of this matter would likely take approximately one week. The parties have not proposed timing for expert discovery.

4. Speedy Trial Act

Defendant was indicted on January 7, 2025. Docket No. 1. He came before the Court for an initial appearance and arraignment on January 8, 2025. Docket No. 9.

It appears that zero days have elapsed under the 70-day speedy trial clock established by 18 U.S.C. § 3161. Pursuant to 18 U.S.C. § 3161(h)(7)(A), this Court has excluded all periods from January 8, 2025 (the date of Defendant's initial appearance and arraignment), to May 28, 2025. *See* Docket No. 13 (excluding January 8, 2025 – March 10, 2025); Docket No. 22 (excluding March 10, 2025 – April 7, 2025); Docket No. 27 (excluding April 7, 2025 – May 19, 2025); Docket No. 29 (excluding May 19, 2025 – May 28, 2025).[1]

Dated: May 15, 2025

/s/ Paul G. Levenson
Paul G. Levenson
U.S. MAGISTRATE JUDGE

---

[1] The parties are advised that under Rule 2(b) of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party seeking review by a district judge of the determination(s) and order(s) set forth herein must serve and file any objections within fourteen days of being served a copy of this order, unless a different time is prescribed by the magistrate judge or the district judge. Such objections must specifically designate the order or part thereof to be to be modified or set aside and the basis for objection. The district judge will set aside any portion of the magistrate judge's order that is found to be clearly erroneous or contrary to law. The parties are further advised that failing to follow the objection procedures of Rule 2(b) may preclude further appellate review. *See Phinney v. Wentworth Douglas Hospital*, 199 F.3d 1, 4 (1st Cir. 1999); *Sunview Condo. Ass'n v. Flexel Int'l*, 116 F.3d 962, 964–65 (1st Cir. 1997).